# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**WILLIE E. JOHNSON**
    Plaintiffs,

                                                                           **Case #: 3:25-CV-309-RCY**

v.

**WHEELS FINANCIAL GROUP, LLC DBA LOANMART**
    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties, comes now the parties by counsel and STIPULATE that this matter is DISMISSED WITH PREJUDICE, pursuant to FRCP 41(a)(1)(ii). Each party shall bear their own fees, costs and expenses. The court retains jurisdiction to enforce the terms of the settlement agreement between the parties.

| WILLIE E. JOHNSON | WHEELS FINANCIALGROUP, LLC DBA LOANMART |
|---|---|
| /s/ Jason M. Krumbein,. Esq. | /s/J. Andrew Baxter, Esq. |
| Counsel for the Plaintiffs | Counsel for Wheels Financial Group, LLC |
| Jason M. Krumbein, Esq. VSB#43538 | J. Andrew Baxter, Esq. VSB#78275 |
| Krumbein Consumer Legal Services | SCALE, LLP |
| 10307 W. Broad St. Suite 293 | P.O. Box 96503, STE 86147 |
| Glen Allen, VA 23060 | Washington, DC 20090 |
| 804-592-0792 | 202-758-5778 |
| 804-823-2565 (fax) | ABaxter@ScaleFirm.com  (email) |
| JKrumbein@KrumbeinLaw.com  (email) | |

SO ORDERED:

_____
Judge, US District Court

Date entered:

Jason M. Krumbein, Esquire VSB# 43538
Krumbein Consumer Legal Services, Inc
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 office
JKrumbein@KrumbeinLaw.com email